UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT ANDREW JOHNNY,<br><br>　　　　　　　Defendant. | Case No. MJ21-526<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

　　　Mr. Johnny is charged with possession with intent to distribute controlled substances, 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B). The Court held a detention hearing on March 16, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated on the record and as hereafter set forth, finds:

　　　<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

　　　1.　　There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

　　　2.　　Mr. Johnny stipulated to detention.

　　　3.　　Mr. Johnny poses a risk of nonappearance due to multiple pending charges, history of failure to appear with active warrants, absconding out of the country and being

DETENTION ORDER - 1

|   |   |   |
|---|---|---|
| 1 |    | found in Canada, and he was not interviewed so his background and ties to this |
| 2 |    | district are unknown. |
| 3 | 4. | Mr. Johnny poses a risk of danger due to the nature of the instant offense, and a |
| 4 |    | pattern of similar criminal allegations. |
| 5 | 5. | Based on these findings, and for the reasons stated on the record, there does not |
| 6 |    | appear to be any condition or combination of conditions that will reasonably assure |
| 7 |    | Mr. Johnny's appearance at future court hearings while addressing the danger to |
| 8 |    | other persons or the community. |
| 9 | 6. | Taken as a whole, the record does not effectively rebut the presumption that no |
| 10 |    | condition or combination of conditions will reasonably assure the appearance of |
| 11 |    | Mr. Johnny as required and the safety of the community. |

IT IS THEREFORE ORDERED:

(1) Mr. Johnny shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Johnny shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Johnny is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Johnny, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 17th day of March, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3